IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STAROSTKA GROUP UNLIMITED, INC., a Nebraska corporation, United States of America for the use and benefit of;<br><br>Plaintiff,<br><br>vs.<br><br>THE HANOVER INSURANCE COMPANY,<br><br>Defendant. | 4:18CV3004<br><br>**ORDER** |

The parties' Rule 26(f) report stated the parties will be prepared to further discuss settlement on March 1, 2018. (Filing No. 13, at CM/ECF pp. 3-4, § III). As such, the court noticed and convened a hearing to be held on March 1, 2018. (See Filing No. 15, ¶3). Defense counsel neither attended that hearing, nor explained his absence. The court re-scheduled the telephonic hearing for March 23, 2018. (See Filing No. 18). Defense counsel did not attend and during the following week, he has not contacted my chambers to explain his absence.

Mandatory disclosures were due on March 9, 2018. (Filing No. 15, at CM/ECF p. 2, ¶ 4). Plaintiff has filed a certificate of service stating its mandatory disclosures were served. Defendant has not.

Under the circumstances presented,

IT IS ORDERED that Defendant is given until April 13, 2018 to show cause why the court should not enter a default and/or default judgment against

Defendant. The failure to timely comply with this order may result in the court entering a default or a judgment of default against The Hanover Insurance Company without further notice.

March 30, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge