IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| STAROSTKA GROUP UNLIMITED, INC., a Nebraska corporation, United States of America for the use and benefit of;<br><br>Plaintiff,<br><br>vs.<br><br>THE HANOVER INSURANCE COMPANY,<br><br>Defendant. | 4:18CV3004<br><br>ORDER |
|---|---|

After conferring with counsel,

IT IS ORDERED:

1) Trial of this case is continued pending further order of the court.

2) The parties shall advise my chambers by 4:00 p.m. on January 18, 2019 as to whether this case is settled.

3) If the case is not settled, a telephonic conference with the undersigned magistrate judge will be held on February 5, 2019 at 12:30 p.m. to discuss the new trial setting. As of that date, the parties shall know whether they will jointly consent to trial before the undersigned magistrate judge. Counsel shall use the conferencing instructions assigned to this case, (see Filing No. 24), to participate in the call.

January 15, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge